IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALEX NORWOOD *

    **Plaintiff,**

    *

    v.      Case No. 8:25-cv-01399

J.J.F. MANGEMENT SERVICES, INC. d/b/a *
FITZGERALD AUTO MALLS

    **Defendant.** *

## MOTION FOR ADMISSION PRO HAC VICE

I, Nicholas A. Migliaccio, am a member in good standing of the bar of this Court. I am moving the admission of Cassandra P. Miller to appear pro hac vice in this case as counsel for Plaintiff Alex Norwood.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| See attached. | See attached. |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*/s/ Nicholas Migliaccio/*

Signature

Nicholas A. Migliaccio Bar No. 29077

Printed name and bar number

MIGLIACCIO & RATHOD LLP

Office name

412 H St., NE, Suite 302, Washington, DC 20002

Address

(202) 470-520

Telephone number

(202) 800-2730

Fax Number

nmigliaccio@classlawdc.com

Email Address

PROPOSED ADMITTEE

*/s/ Cassandra Miller/*

Signature

Cassandra P. Miller

Printed name

STRAUSS BORRELLI PLLC

Office name

980 N. Michigan Ave., Suite 1610, Chicago, IL 60611

Address

(872) 263-1100

Telephone number

(872) 263-1109

Fax Number

cmiller@straussborrelli.com

Email Address

## STATE COURTS

| Court | Bar No. | Admission Date | In Good Standing? |
|---|---|---|---|
| State of Illinois | 6290238 | 11/9/2006 | Yes |

## FEDERAL COURTS

| Court | Admission Date | In Good Standing? |
|---|---|---|
| U.S.D.C., Northern District of Illinois | 1/29/2007 | Yes |
| U.S.D.C., Central District of Illinois | 2/27/2007 | Yes |
| U.S.D.C., Southern District of Illinois | 10/3/2016 | Yes |
| U.S.D.C., Northern District of Indiana | 5/4/2007 | Yes |
| U.S.D.C., Southern District of Indiana | 2/21/2007 | Yes |
| U.S. Court of Appeals, 1st Circuit | 5/1/2025 | Yes |