# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| **ALEX NORWOOD, on behalf of himself and all others similarly situated,** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **J. J. F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS** ) <br> ) <br> *Defendant* | Civil Action No. 25-cv-01399-PX |

## AFFIDAVIT OF SERVICE

I, Andres Olaciregui, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls in Montgomery County, MD on May 12, 2025 at 10:08 am at 11411 Rockville Pike, Rockville, MD 20852 by leaving the following documents with Habib Osmani who as Sales Manager is authorized by appointment or by law to receive service of process for J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls.

Summons
Complaint  Jury Trial Demanded and Civil Cover Sheet

Middle Eastern Male, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.0435570013,-77.1107893345
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

|  | /s/ *Andres Olaciregui* |
|---|---|
| Executed in | Signature |
|    Washington   , | Andres Olaciregui |
|  | +1 (240) 398-7506 |
|   DC   on   5/13/2025  . | 3819 Chesterwood Dr, Silver Spring, MD 20906 |



Exhibit 1a)



Exhibit 1b)

Habib Osmani

Sales manager